# AFFIDAVIT OF PROCESS SERVER

## In The United States District Court for the Southern District of New York

National Indemnity Company
Plaintiff(s)

v

Greenwich Street Investments II, L.L.C., et al
Defendant (s)

Case No:  08 CV 4067

I declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.  And that within the boundaries of the state where service was effected, I was authorized to perform said service

**Service:**  I served Greenwich Street Investments, II, L.L.C.

with the documents:  Summons in a Civil Case; Complaint with Exhibits A - D; Civil Cover Sheet; Rule 7.1 Disclosure Statement

Person Served:  Sue Covin, Managing Agent, duly authorized to accept service.

Service Address:  RL&F Service Corp., One Rodney Square, 10th Floor, 920 N. King St., Wilmington, De 19801

Date of Service:  May 6, 2008          Time of Service:  1:34 p.m.

**Manner of Service:**  (X) By personally delivering copies to the person/authorized agent of entity being served.
( ) By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof
( ) By leaving copies at the dwelling house or usual place of abode of the person being served, with a member of the household 18 or older and explaining the general nature of the papers.
( ) By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:**  After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

( ) Unknown at address       ( ) Evading                    ( ) Moved, left no forwarding  ( ) Other
( ) Address does not exist    ( ) Service canceled by Litigant  ( ) Unable to serve in a timely fashion

**Service Attempts:**  Service was attempted on _____ at _____, at _____,
_____ at _____, _____ at _____, _____ at _____,

**Description:**  Age: 38    Sex: F    Race: W    Hgt: 5'2"    Wgt: 120    Hair: Blonde    Glasses: Yes

I declare under penalty of perjury that the information contained herein is true and correct and this affidavit was executed on:

May 7, 2008          at   Wilmington,          Delaware
Date                      City                      State

State of Delaware
County of New Castle

Daniel Newcomb, Process Server

Subscribed and sworn before me, a Notary Public of the State of Delaware on May 7, 2008

Witness My Hand and Official Seal To

Kimberly J. Ryan, My Commission Expires 6/15/08
Notary Public, State of Delaware

KIMBERLY J. RYAN
NOTARY PUBLIC-DELAWARE
My Commission Expires June 15, 2008