# AFFIDAVIT OF PROCESS SERVER

In The United States District Court for the Southern District of New York

National Indemnity Company
Plaintiff(s)

v

Greenwich Street Investments II, L.L.C., et al
Defendant (s)

Case No: 08 CV 4067

I declare that I am a citizen of the United States, over the age of eighteen and not a party to this action. And that within the boundaries of the state where service was effected, I was authorized to perform said service

**Service:** I served Enstar (US), Inc.

with the documents: Summons in a Civil Case; Complaint with Exhibits A - D; Civil Cover Sheet; Rule 7.1 Disclosure Statement

**Person Served:** Scott LaScala of The Corporation Trust Company, Registered Agent

**Service Address:** The Corporation Trust Company, 1209 N. Orange St., Wilmington, Delaware 19801

**Date of Service:** May 6, 2008          **Time of Service:** 1:20 p.m.

**Manner of Service:** (X) By personally delivering copies to the person/authorized agent of entity being served.
( ) By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof
( ) By leaving copies at the dwelling house or usual place of abode of the person being served, with a member of the household 18 or older and explaining the general nature of the papers.
( ) By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

( ) Unknown at address    ( ) Evading           ( ) Moved, left no forwarding  ( ) Other
( ) Address does not exist  ( ) Service canceled by Litigant  ( ) Unable to serve in a timely fashion

**Service Attempts:** Service was attempted on _____ at _____, _____ at _____,
_____ at _____, _____ at _____, _____ at _____, _____ at _____,

**Description:** Age: 40's  Sex: M  Race: W  Hgt: 5'10"  Wgt: 170  Hair: Brown  Glasses: No

I declare under penalty of perjury that the information contained herein is true and correct and this affidavit was executed on:

May 7, 2008          at Wilmington,    Delaware
Date                     City             State

                                        Daniel Newcomb, Process Server

State of Delaware
County of New Castle

Subscribed and sworn before me a Notary Public of the State of Delaware on May 7, 2008

Witness My Hand and Official Seal To

                                        Kimberly J. Ryan, My Commission Expires 6/15/08
                                        Notary Public, State of Delaware

KIMBERLY J. RYAN
NOTARY PUBLIC-DELAWARE
My Commission Expires June 15, 2008