UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL INDEMNITY COMPANY,<br><br>                              Plaintiff,<br>vs.<br><br>GREENWICH STREET INVESTMENTS II, L.L.C., GREENWICH STREET CAPITAL PARTNERS II, L.P., DP HOLDINGS L.L.C., DUKES PLACE HOLDINGS L.L.C., DUKES PLACE HOLDINGS LTD., DUKES PLACE HOLDINGS, L.P., ENSTAR GROUP LIMITED, and ENSTAR (US) INC.,<br><br>                              Defendants. | Civil Action No. 08-CV-4067<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

Please enter my appearance in the above-captioned case as counsel for defendants Greenwich Street Investments II, L.L.C., Greenwich Street Capital Partners II, L.P., DP Holdings L.L.C., Dukes Place Holdings L.L.C., Dukes Place Holdings Ltd., Dukes Place Holdings, L.P., Enstar Group Limited and Enstar (US) Inc. I kindly request receipt of electronic ECF notification in this matter.

I certify that I am admitted to practice in this Court.

Dated:  May 27, 2008

*John R. Vales*
John R. Vales (JV-4307)

RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP

500 Fifth Avenue, Suite 4920
New York, New York 10110
(212) 302-6574

Attorneys for Defendants, Greenwich Street Investments II, L.L.C., Greenwich Street Capital Partners II, L.P., DP Holdings L.L.C., Dukes Place Holdings L.L.C., Dukes Place Holdings Ltd., Dukes Place Holdings, L.P., Enstar Group Limited, and Enstar (US) Inc.

## CERTIFICATION

A copy of the foregoing Notice of Appearance has been served upon the following counsel for plaintiff via electronic mail this 27th day of May, 2008:

Michael A. Knoerzer, Esq.
CLYDE & CO US LLP
The Chrysler Building
405 Lexington Avenue, 11th Floor
New York, New York 10174

John M. Nonna, Esq.
DEWEY & LEBOEUF, LLP
1301 Avenue of the Americas
New York, New York 10119

_____
John R. Vales

3860230.1