John R. Vales, Esq. (JV-4307)
RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP
500 Fifth Avenue
Suite 4920
New York, New York 10110

Attorneys for Defendants Greenwich Street Investments II, L.L.C., Greenwich Street Capital Partners II, L.P., DP Holdings L.L.C., Dukes Place Holdings L.L.C., Dukes Place Holdings Ltd., Dukes Place Holdings, L.P., Enstar Group Limited, and Enstar (US) Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL INDEMNITY COMPANY,<br><br>                              Plaintiff,<br>vs.<br><br>GREENWICH STREET INVESTMENTS II, L.L.C., GREENWICH STREET CAPITAL PARTNERS II, L.P., DP HOLDINGS L.L.C., DUKES PLACE HOLDINGS L.L.C., DUKES PLACE HOLDINGS LTD., DUKES PLACE HOLDINGS, L.P., ENSTAR GROUP LIMITED, and ENSTAR (US) INC.,<br><br>                              Defendants. | Civil Action No. 08-CV-4067<br><br>**DEFENDANTS' RULE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, defendants Greenwich Street Investments II, L.L.C., Greenwich Street Capital Partners II, L.P., DP Holdings L.L.C., Dukes Place Holdings L.L.C., Dukes Place Holdings Ltd., Dukes Place Holdings, L.P., Enstar Group Limited and Enstar (US) Inc., by and through their undersigned counsel, hereby state the following:

### Greenwich Street Investments II, L.L.C.

Defendant Greenwich Street Investments II, L.L.C. does not have any parent corporations, nor does it have any outstanding stock.

### Greenwich Street Capital Partners II, L.P.

Defendant Greenwich Street Capital Partners II, L.P. does not have any parent corporations, nor does it have any outstanding stock. Greenwich Street Investments II, L.L.C. is the general partner of Greenwich Street Capital Partners II.

### DP Holdings L.L.C.

Defendant DP Holdings L.L.C. does not have any parent corporations, nor does it have any outstanding stock. Greenwich Street Capital Partners II, L.P. holds an 89.34% membership interest in DP Holdings L.L.C.

### Dukes Place Holdings L.L.C.

Defendant Dukes Place Holdings L.L.C. does not have any parent corporations, nor does it have any outstanding stock. DP Holdings L.L.C. holds a 99% membership interest in Dukes Place Holdings L.L.C.

### Dukes Place Holdings Ltd.

Defendant Dukes Place Holdings Ltd. does not have any parent corporations, nor does it have any outstanding stock. Dukes Place Holdings L.L.C. holds a 100% ownership interest in Dukes Place Holdings Ltd.

**Dukes Place Holdings, L.P.**

Defendant Dukes Place Holdings, L.P. does not have any parent corporations, nor does it have any outstanding stock. Dukes Place Holdings L.L.C. holds a 99% ownership interest in Dukes Place Holdings, L.P.

**Enstar Group Limited**

Defendant Enstar Group Limited does not have any parent corporations, nor do any publicly held companies own 10% or more of Enstar Group Limited's stock.

**Enstar (US) Inc.**

Defendant Enstar (US) Inc. is 100% owned by Enstar Holdings (US) Inc.

Dated: May 27, 2008

*John R. Vales*
John R. Vales (JV-4307)

RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP

500 Fifth Avenue, Suite 4920
New York, New York 10110
(212) 302-6574

Attorneys for Defendants, Greenwich Street Investments II, L.L.C., Greenwich Street Capital Partners II, L.P., DP Holdings L.L.C., Dukes Place Holdings L.L.C., Dukes Place Holdings Ltd., Dukes Place Holdings, L.P., Enstar Group Limited, and Enstar (US) Inc.

## **CERTIFICATION**

A copy of the foregoing Rule 7.1 Disclosure Statement has been served upon the following counsel for plaintiff via electronic mail this 27th day of May, 2008:

Michael A. Knoerzer, Esq.
CLYDE & CO US LLP
The Chrysler Building
405 Lexington Avenue, 11th Floor
New York, New York 10174

John M. Nonna, Esq.
DEWEY & LEBOEUF, LLP
1301 Avenue of the Americas
New York, New York 10119

*John R. Vales*
John R. Vales

3859950.1