AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |

NATIONAL INDEMNITY COMPANY,

    Plaintiff,

vs.

GREENWICH STREET INVESTMENTS II, L.L.C., GREENWICH STREET CAPITAL PARTNERS II, L.P., DP HOLDING L.L.C., DUKES PLACE HOLDINGS L.L.C., DUKES PLACE HOLDINGS LTD., DUKES PLACE HOLDINGS, L.P., ENSTAR GROUP LIMITED and ENSTAR (US), INC.,

    Defendants.

**APPEARANCE**

Case Number: 08-cv-04067

ECF Case (RJS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

National Indemnity Company

I certify that I am admitted to practice in this court.

| 5/30/2008 | /s/ Victoria Leigh Melcher |
| Date | Signature |

| Victoria Leigh Melcher | VM0725 |
| Print Name | Bar Number |

Dewey & LeBoeuf LLP
1301 Avenue of the Americas
Address

| New York | NY | 10019 |
| City | State | Zip Code |

| (212) 259-8541 | (212) 649-1139 |
| Phone Number | Fax Number |