# AFFIDAVIT OF SERVICE

National Indemnity Company     v     Enstar Group Limited
Dukes Place Holdings Ltd.
Dukes Place Holdings L.P.
All care of:
Conyers Dill & Pearman
PO Box HM 666
Hamilton HM CX
Bermuda

I, William Norman Butterworth of 62 St Johns Road, Pembroke HM 07, Bermuda make oath and say as follows:

That on the stated times, date and location as set out I carried out the service of documents listed below on:

1. On Tuesday 20th May 2008 at 1230 pm I personally served Mr. Scott Davis, the Company Secretary for Enstar Group Limited at the offices of Conyers Dill & Pearman, 2nd Floor, Richmond House, 12 Par La Ville Road, Hamilton HM 08 Bermuda     (Copies of documents served are attached)

2. On Tuesday 20th May 2008 at 3.00 pm I personally served on Mr. Tucker Hall, the Company Secretary for Dukes Place Holdings Ltd at the offices of Conyers Dill & Pearman, Clarendon House, 2 Church Street, Hamilton HM 11, Bermuda     (Copies of documents served are attached)

3. On Tuesday 20th May 2008 at 3.00 pm I personally served on Mr. Tucker Hall the Secretary for the General Partner of Dukes Place Holdings, L.P. at the offices of Conyers Dill & Pearman, 3rd Floor, Clarendon House, 2 Church Street, Hamilton HM 11, Bermuda.     (Copies of documents served are attached)

The documents are listed herein and copies are attached

    1.     Summons in Civil Case 08CV4067 United States District Court Southern District
    2.     Complaint in Civil Case 08CV4067 United States District Court Southern District
    3.     Civil Cover Sheet in Case 08CV4067 United States District Court Southern District
    4.     Rule 7.1 Disclosure in Case 08CV4067 United States District Court Southern District

SWORN before me this 21st day     Signed W Butterworth
of May 2008 at     ( Person making the Service)

"Appleby" Hamilton Bermuda

(Signature and Name of J.P., Commissioner of Oaths or Notary Public, in full and Seal, where applicable)
Ref: Case 27-0508



E. SCOTT SWAINSON
NOTARY PUBLIC
CANON'S COURT
22 VICTORIA STREET
HAMILTON, BERMUDA



AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern               District of               New York

NATIONAL INDEMNITY COMPANY

**SUMMONS IN A CIVIL ACTION**

V.

GREENWICH STREET INVESTMENTS II, L.L.C.,
GREENWICH STREET CAPITAL PARTNERS II, L.P.,
DP HOLDINGS L.L.C., DUKES PLACE HOLDINGS L.L.C.,
DUKES PLACE HOLDINGS LTD., DUKES PLACE
HOLDINGS, L.P., ENSTAR GROUP LIMITED,
and ENSTAR (US), INC.

CASE NUMBER



08-CV 4067

TO: (Name and address of Defendant)

| | | | |
|---|---|---|---|
| GREENWICH STREET INVESTMENTS II, L.L.C.<br>500 CAMPUS DRIVE, STE 220<br>FLORHAM PARK, NJ 07932<br>(MORRIS COUNTY) | ENSTAR (US), INC.<br>200 METRO CENTER BOULEVARD, UNIT #8<br>WARWICK, RI 02886-1753<br>(KENT COUNTY) | DP HOLDING, L.L.C.<br>500 CAMPUS DRIVE, STE 220<br>FLORHAM PARK, NJ 07932<br>(MORRIS COUNTY) | DUKES PLACE HOLDINGS, L.P.<br>CLARENDON HOUSE<br>2 CHURCH STREET<br>HAMILTON HM 11 BERMUDA |
| GREENWICH STREET CAPITAL PARTNERS II, L.P.<br>500 CAMPUS DRIVE, SUITE 220<br>FLORHAM PARK, NJ 07932<br>(MORRIS COUNTY) | ENSTAR GROUP LIMITED<br>P.O. BOX HM 2267, WINDSOR PLACE, 3RD FL.<br>18 QUEEN STREET<br>HAMILTON D0 HM JX BERMUDA | DUKES PLACE HOLDINGS L.L.C.<br>500 CAMPUS DRIVE, SUITE 220<br>FLORHAM PARK, NJ 07932<br>(MORRIS COUNTY) | DUKES PLACE HOLDINGS LTD.<br>CLARENDON HOUSE<br>2 CHURCH STREET<br>HAMILTON HM 11 BERMUDA |

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JOHN M. NONNA
DEWEY & LEBOEUF LLP
1301 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

MICHAEL A. KNOERZER
CLYDE & CO US LLP
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE, 11TH FLOOR
NEW YORK, NY 10174

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                              APR 3 0 2008

CLERK                                           DATE

C. Rapalo
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
                Date              *Signature of Server*

                            *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.