USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATIONAL INDEMNITY COMPANY,

    Plaintiff,

v.

GREENWICH STREET INVESTMENTS II, L.L.C., GREENWICH STREET CAPITAL PARTNERS II, L.P., DP HOLDING L.L.C., DUKES PLACE HOLDINGS L.L.C., DUKES PLACE HOLDINGS LTD., DUKES PLACE HOLDINGS, L.P., ENSTAR GROUP LIMITED, AND ENSTAR (US), INC.,

    Defendants.

08-CV-4067 (RJS)
ECF Case

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the time for Greenwich Street Investments II, L.L.C., Greenwich Street Capital Partners II, L.P., DP Holding L.L.C., Dukes Place Holdings L.L.C., Dukes Place Holdings Ltd., Dukes Place Holdings, L.P., Enstar Group Limited, and Enstar (US), Inc. ("Defendants") to answer or otherwise respond to the Complaint of National Indemnity Company ("Plaintiff"), which was extended to July 9, 2008 by stipulation dated May 27, 2008 (the "Prior Stipulation," copy attached), is further extended to and including July 23, 2008. The terms of the Prior Stipulation, except for the date to answer or otherwise respond to the Complaint, shall otherwise remain in full force and effect.

Dated: June 9, 2008
    New York, New York

CLIFFORD CHANCE

By: _____
Peter Chaffetz
31 West 52nd Street

RIKER DANZIG, SCHERER,
HYLAND & PERRETTI LLP

By: _____
Shawn L. Kelly
Headquarters Plaza

<table>
<tr><td>

New York, NY 10019
(212) 878-8000

*Attorneys for Defendants*

DEWEY & LeBOEUF LLP

By: _____

John M. Nonna
1301 Avenue of the Americas
New York, NY 10019
(212) 259-8000

</td><td>

One Speedwell Avenue
Morristown, NJ 07962
(973) 538-0800

CLYDE & CO US LLP

By: _____

Michael A. Knoerzer
The Chrysler Building
405 Lexington Avenue
11th Floor
New York, New York 10174
(212) 710-3940

</td></tr>
</table>

*Attorneys for Plaintiff*

SO ORDERED this 30th day of June, 2008:

District Judge Richard J. Sullivan

_____
U.S.D.J.