UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

NATIONAL INDEMNITY COMPANY,

                          Plaintiff,

                                                    No. 08 Civ. 4067 (RWS)
               -against-                            (ECF Case)


GREENWICH STREET INVESTMENTS II,          **DEFENDANTS' MOTION TO**
L.L.C., GREENWICH STREET CAPITAL          **DISMISS COUNTS I, III AND V OF**
PARTNERS II, L.P., DP HOLDINGS L.L.C.,    **THE COMPLAINT PURSUANT TO**
DUKES PLACE HOLDINGS L.L.C., DUKES        **RULE 12(b)(6)**
PLACE HOLDINGS LTD., DUKES PLACE
HOLDINGS, L.P., ENSTAR GROUP LTD.,
and ENSTAR (US) INC.,

                          Defendants.

--------------------------------------------------------X

TO:          ALL ATTORNEYS OF RECORD

             PLEASE TAKE NOTICE that, on September 17, 2008, at 12:00 p.m. or as soon

thereafter as counsel may be heard, defendants Greenwich Street Investments II, L.L.C.,

Greenwich Street Capital Partners II, L.P., DP Holdings L.L.C., Dukes Place Holdings L.L.C.,

Dukes Place Holdings Ltd., Dukes Place Holdings, L.P., Enstar Group Ltd., and Enstar (US) Inc.

(collectively, "Defendants"), by and through their attorneys, Riker, Danzig, Scherer, Hyland &

Perretti LLP and Hargraves McConnell & Costigan, P.C., will move before the Honorable

Robert W. Sweet, U.S.D.J., United States District Court for the Southern District of New York,

Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 18C, New

York, New York, for the entry of an order dismissing Counts I, III and V of the Complaint with

prejudice pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a

claim upon which relief can be granted, and for such other and further relief as the Court deems

equitable and appropriate.

PLEASE TAKE FURTHER NOTICE that, support of this motion, Defendants

shall rely upon the Declaration of John R. Vales, Esq., dated July 23, 2008, with exhibits

attached thereto, and the memorandum of law filed herewith.

PLEASE TAKE FURTHER NOTICE that a proposed form of Order is submitted

herewith.

PLEASE TAKE FURTHER NOTICE that all opposing affidavits and answering

memoranda shall be served in accordance with Local Civil Rule 6.1.

PLEASE TAKE FURTHER NOTICE that Defendants respectfully request oral

argument unless their motion is uncontested.

Dated: July 23, 2008

Respectfully submitted,

By: _____ s/ John R. Vales _____
        John R. Vales (jvales@riker.com)

RIKER DANZIG SCHERER HYLAND &
    PERRETTI LLP
500 Fifth Avenue, 49th Floor
New York, New York 10110
(212) 302-6574

-- and --

HARGRAVES MCCONNELL & COSTIGAN, P.C.
The Graybar Building
420 Lexington Avenue
New York, New York 10170
(212) 218-8760

Attorneys for Defendants Greenwich Street
Investments II, L.L.C., Greenwich Street Capital
Partners II, L.P., DP Holdings L.L.C., Dukes Place
holdings L.L.C., Dukes Place Holdings Ltd., Dukes
Place Holdings, L.P., Enstar Group Ltd., and Enstar
(US) Inc.

3873625.1