UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
NATIONAL INDEMNITY COMPANY,         )
                                    )     Civil Action No. 08 Civ. 4067 (RWS)
            Plaintiff,              )     ECF Case
                                    )
       vs.                          )     **NOTICE OF APPEARANCE**
                                    )
GREENWICH STREET INVESTMENTS II,    )
L.L.C., GREENWICH STREET CAPITAL    )
PARTNERS II, L.P., DP HOLDINGS L.L.C., )
DUKES PLACE HOLDINGS L.L.C., DUKES  )
PLACE HOLDINGS LTD., DUKES PLACE    )
HOLDINGS, L.P., ENSTAR GROUP LTD.,  )
and ENSTAR (US) INC.,               )
                                    )
                                    )
            Defendants.             )
                                    )
---------------------------------------------------------x

To the clerk of this court and all parties of record:

Please enter my appearance in the above-captioned case as counsel for defendants Greenwich Street Investments II, L.L.C., Greenwich Street Capital Partners II, L.P., DP Holdings L.L.C., Dukes Place Holdings L.L.C., Dukes Place Holdings Ltd., Dukes Place Holdings, L.P., Enstar Group Ltd., And Enstar (US) Inc. I kindly request receipt of electronic ECF notification in this matter.

I certify that I am admitted to practice in this Court.

Dated: July 29, 2008.

                                       _____
                                       James McConnell (JM-3428)

                                       HARGRAVES, McCONNELL &
                                       COSTIGAN P.C.

                                       The Graybar Building
                                       420 Lexington Avenue, Suite 2101
                                       New York, New York 10170
                                       (212) 218-8760

                                       Attorneys For Defendants, Greenwich Street
                                       Investments II, L.L.C., Greenwich Street
                                       Capital Partners II, L.P., DP Holdings
                                       L.L.C., Dukes Place Holdings L.L.C., Dukes
                                       Place Holdings Ltd., Dukes Place Holdings,
                                       L.P., Enstar Group Ltd., And Enstar (US)
                                       Inc.

## CERTIFICATION

A copy of the foregoing Notice of Appearance has been served upon the following counsel via electronic mail this 29th day of July, 2008:

Counsel for Plaintiff:

John M. Nonna, Esq.
Victoria L. Melcher, Esq.
DEWEY & LeBOEUF LLP
1301 Avenue of the Americas
New York, New York 10019

-and-

Michael A. Knoerzer, Esq.
CLYDE & CO US LLP
The Chrysler Building
405 Lexington Avenue, 11th Floor
New York, New York 10174

Counsel for Defendants:

John R. Vales, Esq.
RIKER DANZIG SCHERER HYLAND
& PERRETTI LLP
500 Fifth Avenue, 49th Floor
New York, New York 10119
(212) 302-6574

_/s/ James McConnell_
James McConnell