```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------X

NATIONAL INDEMNITY COMPANY,

                    Plaintiff,
                                              08 Civ. 4067 (RWS)
     - against -
                                              O R D E R
GREENWICH STREET INVESTMENTS II, L.L.C.,
GREENWICH STREET CAPITAL PARTNERS II,
L.P., DP HOLDINGS L.L.C., DUKES PLACE
HOLDINGS LTD., DUKES PLACE HOLDINGS LTD.,
DUKES  PLACE HOLDINGS, L.P., ENSTAR
GROUP, LTD., and ENSTAR (US) INC.,

                    Defendants.

-----------------------------------------X
```



Sweet, D.J.,

      Defendants' Motion to Dismiss Counts I, III, and V of the Complaint, dated July 23, 2008, will be heard on Wednesday, September 17, 2008, in Courtroom 18C. All motion papers shall be served in accordance with Local Civil Rule 6.1.

      It is so ordered.

New York, NY
July 30, 2008

                                            ROBERT W. SWEET
                                                U.S.D.J.