RECEIVED AUG 0 1 2008 JUDGE SWEET CHAMBERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATIONAL INDEMNITY COMPANY,

            Plaintiff,

v.

GREENWICH STREET INVESTMENTS II, L.L.C.,
GREENWICH STREET CAPITAL PARTNERS II,
L.P., DP HOLDING L.L.C., DUKES PLACE
HOLDINGS L.L.C., DUKES PLACE HOLDINGS
LTD., DUKES PLACE HOLDINGS, L.P., ENSTAR
GROUP LIMITED, AND ENSTAR (US), INC.,

            Defendants.

08-CV-4067 (RWS)
ECF Case

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the time for National Indemnity Company ("Plaintiff") to file papers in response to the Motion to Dismiss Counts I, III and V of the Complaint Pursuant to Rule 12(b)(6) (the "Motion to Dismiss") filed by Greenwich Street Investments II, L.L.C., Greenwich Street Capital Partners II, L.P., DP Holding L.L.C., Dukes Place Holdings L.L.C., Dukes Place Holdings Ltd., Dukes Place Holdings, L.P., Enstar Group Limited, and Enstar (US), Inc. ("Defendants"), is hereby extended to and including September 5, 2008; and it is

FURTHER STIPULATED AND AGREED that Defendants' time to file reply papers in support of their Motion to Dismiss is extended to and including September 19, 2008; and it is

FURTHER STIPULATED AND AGREED that oral argument on the Motion to Dismiss shall take place before the Honorable Robert J. Sweet at 12:00 p.m. on September 24, 2008, or as soon thereafter as counsel may be heard.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/6/08

Dated: August 1, 2008
      New York, New York

HARGRAVES McCONNELL &  
COSTIGAN, P.C.

By: _____  
James D. McConnell, Jr.  
420 Lexington Avenue  
Suite 2101  
New York, NY 10170  
(212) 218-8760

RIKER, DANZIG, SCHERER,  
HYLAND & PERRETTI LLP

By: _____  
John R. Vales  
500 Fifth Avenue  
49th Floor  
New York, NY 10110  
(212) 302-6574

*Attorneys for Defendants*

DEWEY & LeBOEUF LLP

By: _____  
John M. Nonna  
1301 Avenue of the Americas  
New York, NY 10019  
(212) 259-8000

CLYDE & CO US LLP

By: _____  
Michael A. Knoerzer  
The Chrysler Building  
405 Lexington Avenue  
11th Floor  
New York, New York 10174  
(212) 710-3940

*Attorneys for Plaintiff*

SO ORDERED this 4th day of August, 2008:

District Judge ~~Robert W. Sweet~~ Richard J. Sullivan

_____  
U.S.D.J.

Part I