

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL INDEMNITY COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> GREENWICH STREET INVESTMENTS II, L.L.C., GREENWICH STREET CAPITAL PARTNERS II, L.P., DP HOLDING L.L.C., DUKES PLACE HOLDINGS L.L.C., DUKES PLACE HOLDINGS LTD., DUKES PLACE HOLDINGS, L.P., ENSTAR GROUP LIMITED, AND ENSTAR (US), INC., <br><br> Defendants. | 08-CV-4067 (RWS) <br> ECF Case <br><br> **STIPULATION** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the time for National Indemnity Company ("Plaintiff") to file papers in response to the Motion to Dismiss Counts I, III and V of the Complaint Pursuant to Rule 12(b)(6) (the "Motion to Dismiss") filed by Greenwich Street Investments II, L.L.C., Greenwich Street Capital Partners II, L.P., DP Holding L.L.C., Dukes Place Holdings L.L.C., Dukes Place Holdings Ltd., Dukes Place Holdings, L.P., Enstar Group Limited, and Enstar (US), Inc. ("Defendants"), is hereby extended to and including September 5, 2008; and it is

FURTHER STIPULATED AND AGREED that Defendants' time to file reply papers in support of their Motion to Dismiss is extended to and including September 19, 2008; and it is

FURTHER STIPULATED AND AGREED that oral argument on the Motion to Dismiss shall take place before the Honorable Robert J. Sweet at 12:00 p.m. on September 24, 2008, or as soon thereafter as counsel may be heard.



MICROFILMED AUG -7 2008 -12:00 PM

Dated: August 1, 2008
New York, New York

| | |
|---|---|
| HARGRAVES McCONNELL & COSTIGAN, P.C.<br><br>By: _____<br>James D. McConnell, Jr.<br>420 Lexington Avenue<br>Suite 2101<br>New York, NY 10170<br>(212) 218-8760 | RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP<br><br>By: _____<br>John R. Vales<br>500 Fifth Avenue<br>49th Floor<br>New York, NY 10110<br>(212) 302-6574 |

*Attorneys for Defendants*

| | |
|---|---|
| DEWEY & LeBOEUF LLP<br><br>By: _____<br>John M. Nonna<br>1301 Avenue of the Americas<br>New York, NY 10019<br>(212) 259-8000 | CLYDE & CO US LLP<br><br>By: _____<br>Michael A. Knoerzer<br>The Chrysler Building<br>405 Lexington Avenue<br>11th Floor<br>New York, New York 10174<br>(212) 710-3940 |

*Attorneys for Plaintiff*

SO ORDERED this ___ day of August, 2008:

District Judge ~~Robert W. Sweet~~ Richard J. Sullivan

_____
U.S.D.J.

Part I