UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATIONAL INDEMNITY COMPANY,

          Plaintiff,

v.

GREENWICH STREET INVESTMENTS II, L.L.C.,
GREENWICH STREET CAPITAL PARTNERS II,
L.P., DP HOLDING L.L.C., DUKES PLACE
HOLDINGS L.L.C., DUKES PLACE HOLDINGS
LTD., DUKES PLACE HOLDINGS, L.P., ENSTAR
GROUP LIMITED, AND ENSTAR (US), INC.,

          Defendants.

08-CV-4067 (RWS)
ECF Case

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the time for National Indemnity Company ("Plaintiff") to file papers in response to the Motion to Dismiss Counts I, III and V of the Complaint Pursuant to Rule 12(b)(6) (the "Motion to Dismiss") filed by Greenwich Street Investments II, L.L.C., Greenwich Street Capital Partners II, L.P., DP Holding L.L.C., Dukes Place Holdings L.L.C., Dukes Place Holdings Ltd., Dukes Place Holdings, L.P., Enstar Group Limited, and Enstar (US), Inc. ("Defendants"), is hereby extended to and including September 5, 2008; and it is

FURTHER STIPULATED AND AGREED that Defendants' time to file reply papers in support of their Motion to Dismiss is extended to and including September 19, 2008; and it is

FURTHER STIPULATED AND AGREED that oral argument on the Motion to Dismiss shall take place before the Honorable Robert J. Sweet at 12:00 p.m. on September 24, 2008, or as soon thereafter as counsel may be heard.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/22/08

Dated: August 1, 2008
       New York, New York

HARGRAVES McCONNELL & COSTIGAN, P.C.

By: _____
James D. McConnell, Jr.
420 Lexington Avenue
Suite 2101
New York, NY 10170
(212) 218-8760

RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP

By: _____
John R. Vales
500 Fifth Avenue
49th Floor
New York, NY 10110
(212) 302-6574

*Attorneys for Defendants*

DEWEY & LeBOEUF LLP

By: _____
John M. Nonna
1301 Avenue of the Americas
New York, NY 10019
(212) 259-8000

CLYDE & CO US LLP

By: _____
Michael A. Knoerzer
The Chrysler Building
405 Lexington Avenue
11th Floor
New York, New York 10174
(212) 710-3940

*Attorneys for Plaintiff*

SO ORDERED this _____ day of August, 2008:

District Judge Robert W. Sweet

_____ = Part I
U.S.D.J.